UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
ANDREW I BROWN JR
LAVERNE R BROWN
    Debtor(s)

Case No. 09-25985

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/17/2009.

2) The plan was confirmed on 09/10/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/01/2010, 10/28/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/04/2010, 09/13/2010, 05/02/2011, 03/01/2012, 01/09/2013.

5) The case was dismissed on 07/17/2014.

6) Number of months from filing to last payment: 55.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $101,501.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $11,525.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,525.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $623.94 |
| Other | $21.50 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,145.44

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCESS COMMUNITY HEALTH NETW | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FIDELITY LIFE INSURAN | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| ANN ARBOR FINANCIAL SV | Unsecured | 904.00 | NA | NA | 0.00 | 0.00 |
| ANN ARBOR FINANCIAL SV | Secured | 400.00 | 1,319.40 | 400.00 | 285.73 | 35.37 |
| ANN ARBOR FINANCIAL SV | Unsecured | 904.00 | 0.00 | 919.40 | 0.00 | 0.00 |
| AT&T | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | 1,693.51 | 1,693.51 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,530.00 | 1,530.45 | 1,530.45 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 7,049.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 6,350.00 | 8,825.00 | 8,825.00 | 5,696.53 | 1,361.93 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 7,049.00 | 5,258.78 | 5,254.78 | 0.00 | 0.00 |
| CHECK AND GO | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 612.75 | 634.67 | 634.67 | 0.00 | 0.00 |
| COUNTY OF COOK | Unsecured | 2,500.00 | 160.00 | 160.00 | 0.00 | 0.00 |
| DEPARTMENT OF VETERANS AFFAIF | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| GI AND LIVER SPECIALISTS | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES INC | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES LII | Unsecured | 1,578.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT BENEFITS | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 636.00 | 698.29 | 698.29 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5.00 | 194.08 | 194.08 | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIC | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 234.94 | 234.94 | 0.00 | 0.00 |
| M3 FINANCIAL SERVICES INC | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| MARQUETTE RADIOLOGY ASSOC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCI RESIDENTIAL SERVICES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NCO PORTFOLIO MGMT | Unsecured | 1,152.00 | 647.83 | 647.83 | 0.00 | 0.00 |
| NORTH SHORE ALLERGY AND ASTH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQ | Unsecured | 1,686.00 | 1,656.29 | 1,656.29 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 899.00 | 59.69 | 59.69 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SN SERVICING CORP | Unsecured | NA | 23,479.65 | 23,479.65 | 0.00 | 0.00 |
| SN SERVICING CORP | Secured | 18,549.89 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 53,242.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN EYE ASSOCIATES | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| WOW INTERNET CABLE SVC | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,825.00 | $5,696.53 | $1,361.93 |
| All Other Secured | $1,034.67 | $285.73 | $35.37 |
| **TOTAL SECURED:** | **$9,859.67** | **$5,982.26** | **$1,397.30** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $698.29 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$698.29** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$35,830.62** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,145.44 |
| Disbursements to Creditors | $7,379.56 |
| **TOTAL DISBURSEMENTS :** | **$11,525.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/29/2014    By: /s/ Tom Vaughn
                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**